Harold HOWARD, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANS-PORTATION, Appellee.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED.**